BENJAMIN B. WAGNER
United States Attorney
JASON HITT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2751

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Mag. No. 2:09-mj-0358 EFB |
| | ) | |
| Plaintiff, | ) | STIPULATION AND |
| | ) | ORDER CONTINUING |
| v. | ) | PRELIMINARY HEARING AND |
| | ) | EXCLUDING TIME |
| DARREN BURTON, et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

IT IS HEREBY STIPULATED by and between Assistant United States
Attorney Jason Hitt, counsel for the plaintiff United States of
America, and defendant Darren BURTON, by and through his counsel
Michael Bigelow, Esq., that good cause exists to extend the
preliminary hearing currently set for December 28, 2009, at 2:00
p.m. to January 28, 2010, pursuant to Federal Rule of Criminal
Procedure 5.1(d).

Good cause exists to extend the time for the preliminary
hearing within meaning of Rule 5.1(d) because the government will be
providing discovery to the defense and the parties are engaged in
talks regarding a pre-indictment resolution of the case against the
defendant. In addition, the co-defendant, Derek STAMPLEY, will

1

1   remain in state custody until approximately December 28, 2009, and

2   therefore he has not been brought into federal custody on this case

3   at this time.  As a result, the defendant agrees that a continuance

4   of the preliminary hearing date will not prejudice him because a

5   pre-indictment resolution could result in overall sentencing

6   exposure that is significantly reduced for him.

7        The parties further stipulate that the ends of justice are

8   served by the Court excluding time from December 28, 2009, to

9   January 28, 2010, so that counsel for the defendant may have

10  reasonable time necessary for effective preparation, taking into

11  account the exercise of due diligence.  18 U.S.C.

12  § 3161(h)(7)(B)(iv).  Specifically, the defense agrees that it needs

13  additional time to continue discussions with the government

14  regarding resolution of the case against the defendant, receiving

15  and then reviewing the discovery in the case, effectively evaluate

16  the posture of the case and potentially prepare for trial, and

17  conduct further investigation into mitigation of the defendant's

18  federal sentencing exposure in this case.  Id.  For these reasons,

19  the defendant, defense counsel, and the government stipulate and

20  agree that the interests of justice served by granting this

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

1  continuance outweigh the best interests of the public and the

2  defendant in a speedy trial.   18 U.S.C. § 3161(h)(7)(A); Local Code

3  T4.

4

5  DATED: December 27, 2009          /s/Jason Hitt
                                     JASON HITT
6                                    Assistant U.S. Attorney

7  DATED: December 27, 2009          /s/Michael Bigelow by Jason Hitt
                                     MICHAEL BIGELOW, ESQ.
8                                    Counsel for defendant Darren
                                     BURTON
9                                    Authorized to sign for Mr.
                                     Bigelow on 12-14-09

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Based upon the representations by counsel and the stipulation of the parties, **IT IS HEREBY ORDERED** that:

1. The Court finds good cause to extend the Preliminary Hearing currently set for December 28, 2009, to January 28, 2010, at 2:00 p.m. pursuant to Federal Rule of Criminal Procedure 5.1(d);

2. Based upon the representations and stipulation of the parties, the court finds that the time exclusion under 18 U.S.C. 18 U.S.C. § 3161(h)(7)(A) and Local Code T4 applies and the ends of justice outweigh the best interest of the public and the defendants in a speedy trial based upon the factors set forth in 18 U.S.C. § 3161(h)(7)(B)(iv). Accordingly, time under the Speedy Trial Act shall be excluded from December 28, 2009, up to and including January 28, 2010.

**IT IS SO ORDERED.**

Dated: December 28, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

4