MICHAEL CHASTAINE, State Bar #121209
THE CHASTAINE LAW OFFICE
101 Parkshore Drive, Suite 100
Folsom, CA 95630
Telephone: 916-732-7150

Attorneys for Defendant
Darren Burton

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DARREN BURTON, et al,<br><br>Defendant. | Case No.: 2:10 CR 00035 MCE<br><br>STIPULATION AND ORDER<br>CONTINUING STATUS CONFERNCE |

    Defendant DARREN BURTON, by and through his attorney, Michael Chastaine and DERRICK STAMPLEY, by and through his attorney, J. Toney, the United States, by and through Assistant United States Attorney Jason Hitt, hereby stipulate and agree to continue the status hearing in the above-captioned case from Thursday, March 18, 2010 at 9:00 a.m. to Thursday, May 6, 2010 at 9:00 a.m.  The continuance is requested to allow counsel for the defense to continue to review the discovery provided by the government and consult with the defendants regarding possible defenses.

Dated: March 15, 2010      The CHASTAINE LAW OFFICE

              By: _____/s/ Michael Chastaine
                 MICHAEL CHASTAINE
                 Attorney for Darren Burton

Dated: March 15, 2010

              By: _____/s/ J. Toney
                 J. Toney
                 Attorney for Derrick Stampley

Dated: March 15, 2010                    BENJAMIN B. WAGNER
                                          United States Attorney

                                          By:    /s/ Jason Hitt
                                                 Jason Hitt
                                                 Assistant U.S. Attorney

## ORDER

GOOD CAUSE APPEARING, in that it is the stipulation of the parties:

IT IS HEREBY ORDERED that the status conference scheduled for Thursday, March 18, 2010 at 9:00 a.m. be continued to Thursday, May 6, 2010 at 9:00 a.m. and that the period from March 18, 2010 to May 6, 2010 is excludable from calculation under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(7)(A) and local rule T4.

DATED: March 15, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2