MICHAEL CHASTAINE, State Bar #121209
THE CHASTAINE LAW OFFICE
101 Parkshore Drive, Suite 100
Folsom, CA 95630
Telephone: 916-732-7150

Attorneys for Defendant
Darren Burton

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>  v.<br><br>DARREN BURTON,<br><br>   Defendant. | Case No.: 2:10-CR-00035-MCE<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERNCE |

  Defendant DARREN BURTON, by and through his attorney, Michael Chastaine and DERRICK STAMPLEY, by and through his attorney, J. Toney, the United States, by and through Assistant United States Attorney Jason Hitt, hereby stipulate and agree to continue the status hearing in the above-captioned case from Thursday, September 23, 2010 at 9:00 a.m. to Thursday, October 28, 2010 at 9:00 a.m.  The continuance is requested to allow counsel for the defense to continue to review the discovery provided by the government, consult with the defendants and continue negotiations with the government to achieve settlement.

Dated: September 13, 2010   The CHASTAINE LAW OFFICE

            By: _____/s/ Michael Chastaine
               MICHAEL CHASTAINE
               Attorney for Darren Burton

Dated: September 13, 2010

            By: _____/s/ J. Toney
               J. Toney
               Attorney for Derrick Stampley

Dated: September 13, 2010          BENJAMIN B. WAGNER
                                   United States Attorney

                                   By:   /s/ Jason Hitt
                                         Jason Hitt
                                         Assistant U.S. Attorney

## ORDER

GOOD CAUSE APPEARING, in that it is the stipulation of the parties:

IT IS HEREBY ORDERED that the status conference scheduled for Thursday, September 23, 2010 at 9:00 a.m. be continued to Thursday, October 28, 2010 at 9:00 a.m. and that the period from September 13, 2010 to October 28, 2010 is excludable from calculation under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(7)(A) and local rule T4.

DATED: September 15, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE