MICHAEL CHASTAINE, State Bar #121209
THE CHASTAINE LAW OFFICE
101 Parkshore Drive, Suite 100
Folsom, CA 95630
Telephone: 916-732-7150

Attorneys for Defendant
Darren Burton

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>DARREN BURTON,<br><br>   Defendant. | Case No.: 2:10 CR 00035 MCE<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERNCE |

Defendant DARREN BURTON, by and through his attorney, Michael Chastaine and DERRICK STAMPLEY, by and through his attorney, J. Toney, the United States, by and through Assistant United States Attorney Jason Hitt, hereby stipulate and agree to continue the status hearing in the above-captioned case from Thursday, February 3, 2011 at 9:00 a.m. to Thursday, March 3, 2011 at 9:00 a.m.  The continuance is requested to allow counsel for both sides to continue to negotiate to attempt to reach a settlement.  Additionally, the defense needs to continue to consult with the defendants regarding possible settlements and defenses.

Dated: February 1, 2010          The CHASTAINE LAW OFFICE

                    By:      /s/ Michael Chastaine
                       MICHAEL CHASTAINE
                       Attorney for Darren Burton


Dated: February 1, 2010
                    By:      /s/ J. Toney
                       J. Toney
                       Attorney for Derrick Stampley

1

Dated: February 1, 2010                BENJAMIN B. WAGNER
                                       United States Attorney

                                       By:    /s/ Jason Hitt
                                              Jason Hitt
                                              Assistant U.S. Attorney

                                    ORDER

    GOOD CAUSE APPEARING, in that it is the stipulation of the parties:

    IT IS HEREBY ORDERED that the status conference scheduled for Thursday, February 3, 2011 at 9:00 a.m. be continued to Thursday, March 3, 2011 at 9:00 a.m. and that the period from February 3, 2011 to March 3, 2011 is excludable from calculation under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(7)(A) and local rule T4.

DATED: February 4, 2011

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE