HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org

Attorney for Defendant
DARREN BURTON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> DARREN BURTON, <br><br> Defendant. | Case No. 2:10-CR-00035 MCE <br><br> **ORDER ON MOTION TO MODIFY SUPERVISED RELEASE** <br><br> Judge: Hon. Morrison C. England, Jr. |

Mr. Burton's unopposed motion to modify conditions of supervised release to allow him to use prescribed Dronabinol (Marinol) is granted. The Probation Office is hereby relieved of any obligation to report positive THC tests as violations of the conditions of supervision.

IT IS SO ORDERED.

Dated: June 18, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

-1-